**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MICHAEL T. MCLAUGHLIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES G. COX, *et al.*,<br><br>　　　　Defendants. | Case No. 2:14-cv-00178-APG-PAL<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS**<br><br>(Dkt. #43) |

　　　IT IS ORDERED that the defendants' motion for extension of time to file motion for summary judgment (Dkt. #43) is GRANTED. If the court grants the plaintiff's motion for leave to amend his complaint, and discovery reopens, dispositive motions must be filed 30 days following the close of discovery. If the court denies the plaintiff's motion for leave to amend, dispositive motions must be filed 30 days from the date of the court's order.

　　　DATED this 18th day of September, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE