UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MICHAEL T. MCLAUGHLIN,<br><br>Plaintiff,<br>v.<br>JAMES G. COX, et al.,<br><br>Defendants. | Case No. 2:14-cv-00178-APG-PAL<br><br>**ORDER**<br><br>(Mot. Copy of Judge's Rules – Dkt. #28) |
|---|---|

This matter is before the Court on Plaintiff Michael T. McLaughlin's Motion Requesting a Copy of the Judge's Individual Rules (Dkt. #28). The Motion requests a copy of the judges' individual rules of their courtroom, if any. The Honorable District Judge Andrew P. Gordon has issued a standing order for civil cases. The Clerk of the Court will be instructed to mail Plaintiff a copy of the same. The undersigned has not issued a standing order or any other "individual rules." Plaintiff is advised that Judge Gordon's standing order is merely a statement of his chamber's common practices. Plaintiff is still obligated to review the Federal Rules of Civil Procedure and the Local Rules of Practice to ensure that he follows the appropriate procedures.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff Michael T. McLaughlin's Motion Requesting a Copy of the Judge's Individual Rules (Dkt. #28) is GRANTED.

2. The Clerk of the Court is instructed to mail Plaintiff a copy of District Judge Andrew P. Gordon has issued a standing order for civil cases.

Dated this 8th day of December, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1